# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CAPRI A. FISHER
        Debtor(s)

JACK N. ZAHAROPOULOS     CHAPTER 13
CHAPTER 13 TRUSTEE
        Movant

vs.     CASE NO: 1-21-00901-HWV

CAPRI A. FISHER
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on November 12, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on July 6, 2021.

2. A hearing was held and an Order was entered on August 25, 2021 directing that an amended plan be filed within forty-five (45) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    /s/   James K. Jones, Esq.
    Id:   39031
    Attorney for Trustee
    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA   17036
    Ph.   717-566-6097
    Fax. 717-566-8313
    email: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: CAPRI A. FISHER

              Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
              Movant

CASE NO: 1-21-00901-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101

Date: December 22, 2021

Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Respectfully Submitted,

/s/ James K. Jones, Esq.
Id: 39031
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
Ph. 717-566-6097
Fax. 717-566-8313
email: jjones@pamd13trustee.com

Dated: November 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CAPRI A. FISHER

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

CAPRI A. FISHER

        Respondent(s)

CHAPTER 13

CASE NO: 1-21-00901-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

| | |
|---|---|
| E. HALEY ROHRBAUGH<br>CGA LAW FIRM, P.C.<br>135 NORTH GEORGE ST<br>YORK, PA 17401- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| CAPRI A. FISHER<br>128 LIGHTNER ROAD<br>YORK, PA 17404 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

/s/Vickie Williams
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

Date: November 12, 2021

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CAPRI A. FISHER

| | |
|---|---|
| Debtor(s) | CHAPTER 13 |
| JACK N. ZAHAROPOULOS | |
| CHAPTER 13 TRUSTEE | |
| Movant | |
| CAPRI A. FISHER | CASE NO: 1-21-00901-HWV |
| Respondent(s) | |

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.