B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re __Capri A. Fisher__  
Debtor(s)

Case No. __21-901__  
Chapter __13__

## AMENDED DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................ $ **Not applicable. Hourly/Lodestar Method (See ¶6d below)**

    Prior to the filing of this statement I have received .......................... $ **\*1875.00**

    Balance Due ................................................................................ $ **\*5,000.00**

2. $ __8.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ☑ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ☑ Debtor   ☐ Other (specify):

5. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Debtor has executed a written fee agreement setting forth the calculation of attorney's fees at an hourly rate using the lodestar method. The Debtor has deposited with counsel the sum of $1,830.00 to be applied toward Attorney fees for work performed in the case ("the Initial Deposit"), plus reimbursed counsel $8.00 for the filing fee, and $37.00 for a credit report.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__March 4, 2022__  
Date

/s/ E. Haley Rohrbaugh  
**E. Haley Rohrbaugh 323803**  
*Signature of Attorney*  
**CGA Law Firm**  
**135 North George Street**  
**York, PA 17401**  
**717-848-4900  Fax: 717-843-9039**  
scomegna@cgalaw.com  
*Name of law firm*

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy