**Fill in this information to identify the case:**

Debtor 1 CAPRI A. FISHER

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: MIDDLE District of PA (State)

Case number 1:21-BK-00901-HWV

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** HOME LOAN INVESTMENT

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 9 9 1 6

**Property address:**
128 LIGHTNER ROAD
Number Street

YORK PA 17404
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: ______________ (web address).

## Part 3: Arrearages

| | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 0.00 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ ______ |
| d. | Total amount of arrearages disbursed by the trustee: | $ 0.00 |

| **Part 4:** | **Postpetition Payments** |
|---|---|

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: ______________________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ ________

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

| **Part 5:** | **Postpetition Fees, Expenses, and Charges** |
|---|---|

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ ________

| **Part 6:** | **A Response Is Required by Bankruptcy Rule 3002.1(g)(3)** |
|---|---|

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date 8 / 26 / 2026

Trustee: Jack (First Name) N (Middle Name) Zaharopoulos (Last Name)

Address: 8125 Adams Drive, Suite A (Number Street)

Hummelstown (City) PA (State) 17036 (ZIP Code)

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---|
| Aug 13, 2021 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Sep 14, 2021 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Oct 14, 2021 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Nov 16, 2021 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Dec 13, 2021 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Jan 13, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Feb 14, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Mar 14, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Apr 13, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| May 13, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Jun 13, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Jul 13, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Aug 15, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 85.00 |
| Sep 12, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 22.00 |
| Sep 16, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 22.00 |
| Sep 23, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 22.00 |
| Sep 30, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 22.00 |
| Oct 07, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 22.00 |
| Oct 28, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 04, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 14, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 21, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 28, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 02, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 09, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 16, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 23, 2022 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 03, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 09, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 13, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 23, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 27, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 03, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 10, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 17, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 27, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 03, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 10, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 17, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 24, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 31, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 07, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 14, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 21, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 28, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 05, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 12, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 19, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 26, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 05, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 09, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 16, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 26, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 30, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 10, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 14, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 21, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 28, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 04, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 11, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 18, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 25, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---|
| Sep 01, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 11, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 15, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 22, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 29, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 06, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 16, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 20, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 27, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 03, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 10, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 17, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 27, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 01, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 08, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 15, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 22, 2023 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 02, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 12, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 22, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 26, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 02, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 09, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 16, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 26, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 01, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 15, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 22, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 29, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 05, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 12, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 19, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 26, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 03, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 10, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 17, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 24, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 03, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 07, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 14, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 24, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 28, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 12, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 19, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 26, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 02, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 09, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 16, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 23, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 30, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 09, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 13, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 20, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 27, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 04, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 11, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 21, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 25, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 01, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---|
| Nov 08, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 18, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 22, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 02, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 06, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 13, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 20, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 30, 2024 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 06, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 10, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 17, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 27, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 31, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 07, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 14, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 24, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 28, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 07, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 14, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 21, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 28, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 04, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 11, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 18, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 25, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 02, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 09, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 16, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 23, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 02, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 06, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 13, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 23, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 27, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 07, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 14, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 18, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jul 25, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 01, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 08, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 15, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 22, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Aug 29, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 08, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 12, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 19, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Sep 26, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 03, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 10, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 20, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 24, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Oct 31, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 07, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 17, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Nov 21, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 01, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 05, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 12, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 19, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Dec 29, 2025 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 05, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 09, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---|
| Jan 16, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 26, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jan 30, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 06, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 13, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 23, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Feb 27, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 06, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 13, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 20, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Mar 27, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 03, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 10, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 17, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Apr 24, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 01, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 08, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 15, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| May 22, 2026 | Automatic Payment | TFS - PLAN RECEIPT | 20.00 |
| Jun 01, 2026 | | TFS - PLAN RECEIPT | 20.00 |
| Jun 05, 2026 | | TFS - PLAN RECEIPT | 20.00 |
| Jun 12, 2026 | | TFS - PLAN RECEIPT | 20.00 |
| Jun 22, 2026 | | TFS - PLAN RECEIPT | 20.00 |
| Jun 29, 2026 | | TFS - PLAN RECEIPT | 20.00 |
| Jul 06, 2026 | | TFS - PLAN RECEIPT | 20.00 |
| Jul 10, 2026 | | TFS - PLAN RECEIPT | 20.00 |
| Jul 17, 2026 | | TFS - PLAN RECEIPT | 20.00 |
| | | **TOTAL RECEIPTS** | **5,115.00** |

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| **TOTAL FOR** | | | | | **0.00** |
| | | | **DISBURSEMENT TOTAL** | | **0.00** |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>CAPRI A. FISHER<br>Debtor | : | |
| JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>Movant | : | CHAPTER 13 |
| vs. | : | CASE NO. 1:21-BK-00901-HWV |
| CAPRI A. FISHER<br>Respondent | : | |

## CERTIFICATE OF SERVICE

AND NOW, this 26th day of August 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Home Loan Investment
2 Altieri Way
Warwick, RI 02886

E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George St
York PA 17401

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

Capri A. Fisher
128 Lightner Road
York, PA 17404

Home Loan Investment
2 Altieri Way
Warwick, RI 02886

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee