**Fill in this information to identify the case:**

Debtor 1 CAPRI A. FISHER

Debtor 2 (Spouse, if filing) ____________________

United States Bankruptcy Court for the: MIDDLE District of PA (State)

Case number 1:21-BK-00901-HWV

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** M&T BANK, SERVICER FOR LAKEVIEW LOAN

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 6 5 1 5

**Property address:**

128 LIGHTNER ROAD
Number Street

____________________

YORK PA 17404
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: ______________ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 75,432.34 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 0.00 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ __________ |
| d. Total amount of arrearages disbursed by the trustee: | $ 0.00 |

**Part 4: Postpetition Payments**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: ______________________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ ________

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5: Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ ________

**Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date 8 / 27 / 2026

Trustee: Jack (First Name) N (Middle Name) Zaharopoulos (Last Name)

Address: 8125 Adams Drive, Suite A (Number Street)

Hummelstown (City) PA (State) 17036 (ZIP Code)

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>CAPRI A. FISHER<br>Debtor | : | |
| | : | CHAPTER 13 |
| JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>Movant | : | |
| vs. | : | CASE NO. 1:21-BK-00901-HWV |
| CAPRI A. FISHER<br>Respondent | : | |

**CERTIFICATE OF SERVICE**

AND NOW, this 27th day of August 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

M&T Bank as servicer for Lakeview Loan
PO Box 840
Buffalo, NY 14240

E. Haley Rohrbaugh, Esquire
CGA Law Firm
135 North George St
York PA 17401

***<u>VIA FIRST-CLASS U.S.P.S. MAIL ONLY</u>***

Capri A. Fisher
128 Lightner Road
York, PA 17404

M&T Bank as servicer for Lakeview Loan
PO Box 840
Buffalo, NY 14240

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee