Certificate Number: 13858-PAM-DE-041462612

Bankruptcy Case Number: 21-00901

13858-PAM-DE-041462612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2026, at 10:14 o'clock AM EDT, Capri A. Fisher completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 19, 2026

By: /s/Jalicia Morales

Name: Jalicia Morales

Title: Counselor